**HARD TO TREAT DISEASES, INC., a Florida corporation, f.k.a. International Foam Solutions, Inc., Plaintiff–Appellant,**

v.

**Ronald SHINN, Gerry G. Knight, and Shinn Capital Group, Inc., a Hawaii corporation, Defendants–Appellees.**

No. 05–14737.

United States Court of Appeals, Eleventh Circuit.

Dec. 12, 2006.

Jack R. Reiter, Adorno & Yoss, P.A., Miami, FL, for Plaintiff–Appellant.

Phillip W. Offill, Michael R. Goldman, Godwin Pappas Langley Ronquillo, LLP, Dallas, TX, David W. Holman, Godwin

---

Pappas Langley Ronquillo, LLP, Houston, TX, for Defendants–Appellees.

Before TJOFLAT, HULL and BOWMAN,* Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that the district court's findings of fact are supported by the record and that its conclusions of law are correct, except for the district court's failure to award post-judgment interest on the $201,620.01 awarded to plaintiff Hard to Treat Diseases, Inc. On remand, the Clerk of the Court shall amend the judgment to include post-judgment interest at the parties' agreed-upon rate of 3.52% from July 14, 2005 (the date of the original judgment) until payment in full. To the extent the district court improperly used October 13, 2003, instead of January 13, 2004, as the termination date for the licenses, we conclude this still does not create any reversible error in the district court's determination as to liability and damages.

**AFFIRMED.**